IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHLOE C. THOMAS, | ) | |
| | ) | Civil No. 8:05cv24 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Defendant's Motion for an Extension of Time in which to file a responsive brief

(filing number 15), and for good cause shown,

IT IS ORDERED that the Defendant's motion is granted.  The Defendant is granted an

additional thirty (30) days until June 4, 2005, in which to file and serve its responsive brief.

DATED this 4th day of May 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F.BATAILLON
CHIEF DISTRICT COURT JUDGE