IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHLOE C. THOMAS, | ) |
| | ) Case No. 8:05CV24 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court following the notice of appeal filed by the plaintiff in this case, Filing No. 24, and the copy of the IFP notice filed by the clerk of court, Filing No. 25. The court finds that the plaintiff failed to pay her required filing fee of $255.00 for her appeal or in the alternative to file a motion to proceed in forma pauperis, Form AO 240, with supporting documentation. The court will give the plaintiff fourteen days from the date of this order to either pay her filing fee or to file a Form AO 240 and appropriate documentation.

THEREFORE, IT IS ORDERED THAT:

1) The Clerk of Court shall mail a copy of this order to the plaintiff and shall include a copy of the Form AO 240 and any other requirements for in forma pauperis;

2) The plaintiff shall have fourteen days from the date of this order to either file her appellate filing fee in the amount of $255.00 or to file the Form AO 240 with appropriate documentation requesting that she be allowed to proceed in forma pauperis.

DATED this 9th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge