IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHLOE C. THOMAS, ) | |
| ) | Case No. 8:05CV24 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following the notice of appeal filed by the plaintiff in this case, Filing No. 24; the copy of the IFP notice filed by the clerk of court, Filing No. 25; and the court's order requiring plaintiff to file her IFP notice or pay her filing fee, Filing No. 26. The court finds that the plaintiff failed to pay her required filing fee of $255.00 for her appeal or in the alternative to file a motion to proceed in forma pauperis, Form AO 240, with supporting documentation within fourteen days of the February 9, 2006, Order. Filing No. 26. Accordingly, the plaintiff is not permitted to proceed in forma pauperis on appeal.

THEREFORE, IT IS ORDERED that the plaintiff is not permitted to proceed in forma pauperis on appeal.

DATED this 2nd day of March, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge